# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

ROBERT FITZGERALD ADAMS,        Case No. 1:11-cv-306
    Plaintiff

                                           Weber, J.
vs                                    Litkovitz, M.J.

UNITED STATES OF AMERICA,        **REPORT AND RECOMMENDATION**
    Defendant

       Plaintiff Robert Fitzgerald Adams, an inmate at the United States Penitentiary in Atlanta, Georgia, filed a motion for return of personal property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure seeking return of items seized by agents during the course of the investigation of his criminal case. *See U.S. v. Adams*, Case No. 1:10-CR-31-001 (Doc. 109). Because the criminal proceedings in Mr. Adams' underlying criminal action had already been terminated, the Court directed the Clerk of Court to open a new civil action captioned *Robert F. Adams v. United States of America* and file a copy of his motion in the new civil action. (Doc. 1). The Court's Order noted that the new civil action is subject to the filing fee provisions of the Prison Litigation Reform Act. *See* 28 U.S.C. §§ 1915(a) & (b). Therefore, the Court ordered Mr. Adams to submit an application and affidavit to proceed without prepayment of fees and a certified copy of his trust fund account statement (or institutional equivalent) or pay the full filing fee within sixty (60) days. (Doc. 1).

       To date, more than sixty (60) days later, Mr. Adams has failed to comply with the Court's Order to submit an application and affidavit to proceed without prepayment of fees and a certified copy of his trust fund account statement (or institutional equivalent) or pay the full filing fee.

       District courts have the inherent power to *sua sponte* dismiss civil actions for want of

prosecution to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.*, 370 U.S. 626, 630-631 (1962). *See also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991). Failure of a party to respond to an order of the court warrants invocation of the Court's inherent power. *See* Fed. R. Civ. P. 41(b). Accordingly, dismissal is appropriate.

### IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's case be **DISMISSED** with prejudice for lack of prosecution.

2. The Court certify pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

Date: 7/19/2011

Karen L. Litkovitz
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT FITZGERALD ADAMS,　　　　　Case No. 1:11-cv-306
　　　Plaintiff
　　　　　　　　　　　　　　　　　　　　　Weber, J.
vs　　　　　　　　　　　　　　　　　　　Litkovitz, M.J.

UNITED STATES OF AMERICA,
　　　Defendant.

**NOTICE REGARDING FILING OF OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Fitzgerald Adams
#05048-061
US Penitentiary
PO Box 150160
Atlanta, GA 30315

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☒ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0002 6723 3043

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540